**2007–0640. Dohme v. Eurand Am., Inc.**
Montgomery App. No. 21520, 2007-Ohio-865. Discretionary appeal accepted on Proposition of Law

Nos. II and III.

LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. I.

PFEIFER, O'DONNELL and CUPP, JJ., dissent.